BRIGGS LAW CORPORATION [file: 1248.13]
Cory J. Briggs (State Bar no. 176284)
E-mail: service@briggslawcorp.com
99 East "C" Street, Suite 111
Upland, CA 91786
Telephone: 909-949-7115
Facsimile: 909-949-7121

LAWYERS FOR CLEAN WATER, INC.
Daniel G. Cooper (State Bar no. 153576)
E-mail: cleanwater@sfo.com
Layne Friedrich (State Bar no. 195431)
Martin McCarthy (State Bar no. 194915)
1004A O'Reilly Avenue
San Francisco, CA 94129
Telephone: 415-440-6520
Facsimile: 415-440-4155

Attorneys for Plaintiff Inland Empire Waterkeeper,
  a chapter of Orange County Coastkeeper

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a chapter of ORANGE COUNTY COASTKEEPER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIWEB, INC., a California corporation,<br><br>　　　　Defendant. | Case no. EDCV 07-00480DDP(FMOx)<br><br>**FINAL ORDER ON CONSENT DECREE AND DISMISSAL** |

　　　For good cause showing, it is now ordered, adjudged, and decreed that (*i*) the Consent Decree and Dismissal filed in this action concurrently with this Order is approved; (*ii*) this action is dismissed with prejudice; and (*iii*) the Court shall retain jurisdiction over this action as requested in the Consent Decree and Dismissal by the Parties.

　　　Dated: January 15, 2009

　　　　　　　　　　　　　　　　　　　　　　　　Dean D. Pregerson, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court